# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LINDA TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:10-cv-67 |
| vs. | ) | |
| | ) | |
| LTD FINANCIAL SERVICES, L.P., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, LINDA TAYLOR, by and through her attorney, M. LYNETTE HARTSELL, and hereby advises the Court that she is dismissing the above-captioned matter with prejudice, pursuant to a settlement agreement reached between the parties.

        Respectfully Submitted,

        <u>/s/ M. Lynette Hartsell</u>
        M. Lynette Hartsell (9845)
        Attorney for Plaintiff
        1010 Lakeview Drive
        Cedar Grove, NC 27231
        (888) 595-9111, ext. 713 (phone)
        (866) 382-0092 (facsimile)
        lhartsell@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010, a copy of the foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ M. Lynette Hartsell
M. Lynette Hartsell (9845)
Attorney for Plaintiff
1010 Lakeview Drive
Cedar Grove, NC 27231
(888) 595-9111, ext. 713 (phone)
(866) 382-0092 (facsimile)
lhartsell@LuxenburgLevin.com
